UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN HILLIARD** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.** |
| | * | |
| **MAGNOLIA FLEET, LLC** | * | **SECTION " " MAG.** |
| | * | **Judge:** |
| | * | **Magistrate:** |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | **JURY TRIAL REQUESTED** |

## COMPLAINT

Plaintiff, Kevin Hilliard, a person of the full age of majority and a citizen of the United States residing in the State of Louisiana, brings this action against Magnolia Fleet, LLC and avers the following:

1.

Jurisdiction is based upon Section 33 of the Merchant Marine Act, more commonly referred to as the Jones Act, 46 USC 688 and the General Maritime Law; for wages, maintenance and cure.

2.

At all times hereinafter referred to, plaintiff, Kevin Hilliard, was employed as a seaman by Magnolia Fleet, LLC a domestic entity doing business in the State of Louisiana.

3.

Defendant, Magnolia Fleet, LLC , is a limited liability company doing business in the State of Louisiana, and is believed to own the M/V Teagyn.

4.

On or about April 16, 2021, while in the course and scope of his employment with defendant, Magnolia Fleet, LLC plaintiff was caused to sustain serious, permanent and disabling injuries to his mind and body, all as a result of the negligence of the defendant, Magnolia Fleet, LLC and the unseaworthy condition of the vessel M/V Teagyn.

5.

As a direct result of said accident and injuries sustained, plaintiff was rendered disabled and has sustained lost wages, and will sustain future lost wages; has incurred medical expenses in the past and will incur future medical expenses; and has suffered extreme pain and mental anguish in the past and will suffer extreme pain and mental anguish in the future, all of which plaintiff is entitled to sue and recover from defendants herein, damages in the sum of FIVE MILLION AND NO/100 ($5,000,000.00) DOLLARS.

6.

Defendant, Magnolia Fleet, LLC, are liable unto plaintiff for negligence and/or unseaworthiness.

WHEREFORE, plaintiff, Kevin Hilliard, prays for judgment against defendant, Magnolia Fleet, LLC in the sum of FIVE MILLION AND NO/100 ($5,000,000.00) DOLLARS, together with legal interest thereon from date of judicial demand, and with all costs and disbursements of this action and for all appropriate and equitable relief and FOR A TRIAL BY JURY.

Respectfully submitted by:

/s/ *John M. Robin*

_____
JOHN M. ROBIN, LSBA #11341
ZACHARY D. RHODES, LSBA #38063
CATHERINE M. ROBIN, LSBA #37398
600 COVINGTON CENTER
COVINGTON, LOUISIANA 70433
TELEPHONE: 985-893-0370
FAX: 985-893-2511
johnmrobin@johnmrobinlaw.com

**SERVICE VIA WAIVER OF SERVICE**:

**Magnolia Fleet, LLC**
Through Its Registered Agent For Service
MATTHEW J. FANTACI
1100 POYDRAS STREET, SUITE 3100
NEW ORLEANS, LA 70163